JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK WILLIG, ETC.,<br><br>        Plaintiff,<br><br>  -v-<br><br>EXIQON, INC.,<br><br>        Defendants. | Case No. SACV11-0399-DOC(RNBx)<br><br>ORDER DISMISSING CIVIL ACTION |

    The Court having been advised by counsel for the parties that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 45 days, to reopen this action if settlement is not consummated.

DATED: March 20, 2012

_David O. Carter_
_____
DAVID O. CARTER
United States District Judge