# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK WILLIG, ETC., ) <br> ) <br>         Plaintiff, ) <br> ) <br>   -v- ) <br> ) <br> EXIQON, INC., ) <br> ) <br> ) <br>         Defendants. ) <br> _____ ) | Case No. SACV11-0399-DOC(RNBx) <br><br> ORDER DISMISSING CIVIL ACTION |

    The Court having been advised by counsel for the parties that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 45 days, to reopen this action if settlement is not consummated.

DATED: March 20, 2012

*David O. Carter*
_____
DAVID O. CARTER
United States District Judge